IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 09-20423-CIV-GOLD/MCALILEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| UBS AG, | ) |
| | ) |
| Respondent. | ) |

**STIPULATION OF DISMISSAL**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), the parties stipulate that this action is dismissed, with each party to bear its own costs and attorneys' fees.

Dated: August 19, 2009

| | |
|---|---|
| */s/ Stuart D. Gibson* | */s/ Eugene E. Stearns* |
| STUART D. GIBSON | EUGENE E. STEARNS (Fl. Bar No. 0149335) |
| Senior Litigation Counsel, Tax Division | Stearns Weaver Miller Weissler |
| U.S. Department of Justice | Alhadeff & Sitterson |
| P.O. Box 403 | Museum Tower |
| Ben Franklin Station | 150 W. Flagler Street, Suite 2200 |
| Washington, D.C.  20044 | Miami, Florida 33130 |
| Telephone:   (202) 307-6586 | Telephone:  (305) 789-3200 |
| Facsimile:   (202) 307-2504 | Facsimile:   (305) 789-3395 |
| E-mail:   Stuart.D.Gibson@usdoj.gov | E-mail:   estearns@stearnsweaver.com |
| | |
| Counsel for the United States | Counsel for UBS AG |

SO ORDERED:

_____
United States District Judge

## CERTIFICATE OF SERVICE

I certify that on August 19, 2009, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified below, via transmission of Notices of Electronic Filing generated by CM/ECF or other approved means.

                              */s/ Stuart D. Gibson*
                              STUART D. GIBSON

SERVICE LIST

Eugene E. Stearns
Email: estearns@swmwas.com
Ana Hirfield Barnett
Email: abarnett@swmwas.com
Geri Fischman
Email: gfischman@swmwas.com
Gordon McRae Mead , Jr.
Email: gmead@swmwas.com
Stearns Weaver Miller Weissler Alhadeff & Sitterson
150 W. Flagler Street, Suite 2200
Miami, Florida 33130

John F. Savarese
Email: jfsavarese@wlrk.com
Martin J.E. Arms
Email: mjearms@wlrk.com
Ralph M. Levene
Email: rmlevene@wlrk.com
Wachtell Lipton Rosen & Katz
51 W. 52nd Street
New York, New York 10019

David N. Greenwald
Email: dgreenwald@cravath.com
Francis P. Barron
Email: fbarron@cravath.com
Cravath Swaine & Moore LLP
825 8th Avenue
New York, NY 10019-7475

Jenny Torres
Email: jtorres@dottlaw.com
John C. Dotterrer
Email: dottj@dottlaw.com
John C. Dotterrer Counsellors at Law, P.A.
125 Worth Avenue, Suite 310
Palm Beach, Florida 33480

Stephan E. Becker
stephan.becker@pillsburylaw.com
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, NW
Washington, D.C. 20037

Owen C. Pell
opell@whitecase.com
White & Case, LLP
1155 Avenue of the Americas
New York, NY 10036-2787

Joel S. Perwin
jperwin@perwinlaw.com
Joel S. Perwin, P.A.
169 E. Flagler St., Suite 1422
Miami, FL 33131-1212